In the United States District Court
for the Eastern District of Pennsylvania

William Green,
    Plaintiff,

vs.

Lt. Mildred Horsey, ET AL.,
City of Philadelphia, ET AL.    No. 19-CV-2190
    Defendent(s)

Motion to subpoena the names below to be depose by Plaintiff.

1. Lt. Mildred Horsey    officer at (P.I.C.C)
2. C/O D. Fields    officer at (P.I.C.C)
3. Sgt P. Gordon    was a officer at (P.I.C.C)
4. Sgt. R. Morris    officer at (P.I.C.C)
5. C/O S. Diaz    officer at (P.I.C.C)
6. Inmate Tyrone Hayes #769997
7. Inmate Hakeem Ruffin #812538
8. Quadeer Thomas inmate

Certificate of Service

I, William Green do hereby certify that a true and correct copy of Plaintiff Request for Subpoena to be depose was sent to the following parties at the below listed address via standard U.S. Mail on this Nov 21, 2020.

Katie Davis, Esq
City of Philadelphia Law Dept
1515 Arch Street, 15th Floor
Philadelphia, PA 19102

Office of the Clerk
United States District Court
Eastern District of Pennsylvania
Philadelphia, PA 19106

Respectfully,

William Shamar Green #QF1545
S.C.I. Dallas
1000 Follies Rd
Dallas, PA 18612

Smart Communications/PADOC
SCI-Dallas
NAME William S. Green
NUMBER QF1545

SCI Dallas
1000 Follies Rd
Dallas PA 18612

Inmate mail

Clerk of the Courts
United States District Court
Eastern District of Pennsylvania
U.S. Courthouse
601 Market St
Phila, PA 19106

U.S.M.C.
X-RAY

U.S. POSTAGE >> PITNEY BOWES
ZIP 18612 $ 000.50
02 4W
0000356685 NOV 30 2020

1910631796 C019