In the United States District Court
for the Eastern District of Pennsylvania

William Green
    Plaintiff

vs

Lt Mildred Horsey,)    No 19-CV-2190
City of Philadelphia, ET AL.
    Defendant(s)

Motion to subpeona addresses of the names below or whereabouts to send out first set of Interrogatories.

1. Lt Mildred Horsey    officer at (P.I.C.C.)
2. C/O D. Fields    officer at (P.I.C.C.)
3. Sgt P. Gordon was a officer at (P.I.C.C.)
4. Sgt R. Morris    officer at (P.I.C.C.)
5. C/O S. Diaz    officer at (P.I.C.C.)
6. Inmate Tyrone Hayes #769997
7. Inmate Hakeem Ruffin #812538
8. Quadeer Thomas inmate

## Certificate of Service

I, William Green do hereby certify that a true and correct copy of Plaintiff request for subpoena address of the names below or whereabouts to send out first set of Interragtories was sent to the following parties at the below listed addresses VIA standard U.S. Mail on this Jan, 11, 2021.

Katie Davis, Esq
City of Philadelphia Law Dept
1515 Arch Street, 15th Floor
Philadelpia, PA 19102


Office of the Clerk
United States District Court
Eastern District of Pennsylvania
Philadelphia, PA 19106

Respectfully

William Shamar Green #QF1545
S.C.I. Huntingdon
1100 Pike street
Huntingdon, PA 16654

Name Shamar Green
Number QF1545
1100 Pike Street
Huntingdon, PA 16654-1112

Office of the Clerk
United States District Court
Eastern District of Pennsylvania
U.S. Courthouse
601 Market Street
Phila, PA 19106

J.S.M.S.
X-RAY

Inmate Mail - PA DEPT OF CORRECTIONS